**LINCOLN, GUSTAFSON & CERCOS**
*ATTORNEYS AT LAW*
**2415 E. Camelback Rd., Suite 700**
**Phoenix, AZ 85016**
(602) 606-5735/ Fax: (602) 508-6099

MARK T. COLLINSWORTH, ESQ.,SBN# 024051
JAMES A. ROBLES, ESQ., SBN# 023871

Attorneys for Defendant: National Credit Solutions, L.L.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LYNETTE CONSTABLE,<br><br>                    Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT SOLUTIONS,<br><br>                    Defendant. | No.  2:09-cv-01622-MEA<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

The parties, through undersigned counsel, hereby stipulate to dismiss this matter with prejudice.  Each party waives any claim of entitlement to any costs or fees arising from this matter.

DATED this 30th day of April, 2010.

LINCOLN, GUSTAFSON, & CERCOS

/s/ James A. Robles
James A. Robles
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
(602) 606-5735
jrobles@lgclawoffice.com

KROHN & MOSS, LTD.

/s/ Ryan Lee
By: Ryan Lee
1065 Santa Monica Blvd. Suite 170
Los Angeles, CA 90025
(323) 988-2400
rlee@consumerlawcenter.com
Attorneys for Plaintiff

1

2  The foregoing filed electronically via
3  CM/ECF for the United States District
   Court, District of Arizona on this 30th day
4  of April 2010.

5  COPY delivered via electronic mail
6  On this 30th day of April, 2010 to:

7  Hon. Mark E. Aspey
8  United States Magistrate Judge
   aspey_chambers@azd.uscourts.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28